UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LAKEISHA MARGARET WATKINS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 3-15-0056 |
| | ) | Senior Judge Haynes |
| VICKI FREEMAN, Warden, | ) | |
| Respondent. | ) | |

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 20) to deny Petitioner's request to stay and abey proceedings, to deny Petitioner's petition for the writ of habeas corpus and to deny issuance of a certificate of appealability. Petitioner has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Petitioner's petition for the writ of habeas corpus (Docket Entry No. 1) is **DENIED.** This action is **DISMISSED** with prejudice. The Court **DECLINES** to grant a Certificate of Appealibility under 28 U.S.C. § 2253(c).

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 7th day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge